THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM H. KEHOE, Appellant.

*Crimes — conspiracy — constitutional law — validity of regulations of board of health of city of New York regulating sources of supply of cream — conspiracy to suppress and prevent prosecutions for violations of such regulations — judgment of conviction affirmed.*

People v. *Kehoe,* 220 App. Div. 826, affirmed.

(Argued October 17, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1927, which affirmed a judgment of the Court of General Sessions of the county of New York rendered upon a verdict convicting the defendant of the crime of conspiracy in violation of section

580 of the Penal Law. The indictment charged that defendant, with others, conspired " to commit an act injurious to the public health, for the perversion and obstruction of justice and of the due administration of the law," in that they agreed and conspired to permit the bringing into and the possession for sale for human consumption in the city of New York, of cream from unapproved sources of supply, and to suppress and prevent lawful prosecution and punishment for violation of the Sanitary Code and the regulations of the board of health.

*M. Michael·Edelstein* for appellant.

*Joab H. Banton, District Attorney (Ferdinand Pecora* and *Felix C. Benvenga* of counsel), for respondent.

Judgment affirmed. Held (1) that the rule or regulation 5 of the board of health of the city of New York was lawfully adopted and is a constitutional and valid ordinance; (2) that even if said rule or regulation were invalid or unconstitutional the defendant was guilty of a criminal conspiracy in agreeing to suppress and prevent prosecutions for a violation thereof.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.